## PAUL J. GARLASCO *v.* ZONING BOARD OF APPEALS OF THE TOWN OF BRIDGEWATER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 101 Conn. App. 451 (AC 27526), is denied.

*Paul J. Garlasco*, pro se, in support of the petition.

*Michael A. Zizka*, in opposition.

Decided July 3, 2007

## DONALD GLOVER *v.* COMMISSIONER OF CORRECTION

The petitioner Donald Glover's petition for certification for appeal from the Appellate Court (AC 24884) is denied.

*Donald Glover*, pro se, in support of the petition.

Decided July 3, 2007

## KAREN MURPHY *v.* J. C. PENNEY REGIONAL CATALOG CENTER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 100 Conn. App. 904 (AC 27857), is denied.

*Karen Murphy*, pro se, in support of the petition.

Decided July 17, 2007

## PHILIP SULLIVAN ET AL. *v.* MARYANNE DELISA, TRUSTEE OF THE MARY E. CROWELL FAMILY HOME TRUST, ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 101 Conn. App. 605 (AC 25730), is denied.